**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 24-7117**

───────────────

ZIKOMO Z. HENDRIX, a/k/a Hendrix Z. Zikomo,

   Plaintiff - Appellant,

  v.

STATE OFFICIALS; JUDGE ALEX KINLAW; BRITTANY SCOTT; JUDGE MILLER; JUDGE WAELDE,

   Defendants - Appellees.

───────────────

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Donald C. Coggins, Jr., District Judge.  (6:24-cv-04185-DCC)

───────────────

Submitted:  February 27, 2025      Decided:  March 4, 2025

───────────────

Before KING and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Zikomo Z. Hendrix, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zikomo Z. Hendrix appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Hendrix's civil complaint under 28 U.S.C. § 1915(e)(2)(B).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Hendrix v. State Officials*, No. 6:24-cv-04185-DCC (D.S.C. Oct. 24, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*